No. 692, Misc. WHITE *v.* NEW YORK. *Per Curiam:* The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Roger Hinds* for appellant.

No. 791. DAVIS ET AL. *v.* SEYMOUR. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

No. 823. FEDERAL TRADE COMMISSION *v.* SEWELL, DOING BUSINESS AS BURNS CUBOID CO. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. The case is remanded with directions to affirm and enforce the order of the Federal Trade Commission. *Federal Trade Commission* v. *Standard Education Society,* 302 U. S. 112, 113–117; *Federal Trade Commission* v. *Algoma Lumber Co.,* 291 U. S. 67, 73. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Earl W. Kintner* and *Robert B. Dawkins* for petitioner. *George R. Maury* for respondent.